## 27593. VICK v. VICK.

UNDERCOFLER, Justice. The sole issue presented in this case is whether the trial court can alter a judgment awarding custody of a minor child during the same term without holding an additional evidentiary hearing. "[A] court has plenary control over its judgments, orders and decrees during the term at which they were made, and, in the exercise of a sound discretion, may revise, revoke, or modify them." *Dover v. Dover,* 205 Ga. 241 (1) (53 SE2d 492); *Barrett v. Manus,* 219 Ga. 693 (135 SE2d 430).

It follows that there is no merit in this contention of the appellant.

*Judgment affirmed. All the Justices concur.*

ARGUED DECEMBER 11, 1972 — DECIDED JANUARY 4, 1973.

*Jack W. Carter,* for appellant.
*Edward Parrish,* for appellee.